IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

QUINCEY WATKINS                                                                                    PETITIONER

V.
                                                                                    CRIMINAL NO. 1:01CR148-WAP

UNITED STATES OF AMERICA                                                                RESPONDENT

ORDER GRANTING MOTION

Presently before the court is Watkins' motion modification of his supervised release. Upon due consideration, the court finds that the motion should be GRANTED.

Watkins pled guilty to one count of distributing or possessing crack cocaine. He was sentenced to 87 months imprisonment to be followed by five years of supervision. He was released to the supervision of the United States Probation Office on August 31, 2007, and moved to Georgia where he resided with his father. Watkins later moved into his own home in 2009 with the mother of his child. Since his release, Watkins has maintained employment with one company where he has received several raises. According to the Probation Officer, Watkins has complied with all other terms of his release.

The sentencing court has discretion to modify the conditions of a defendant's supervised release. *See* 18 U.S.C. § 3583(e). The court may terminate a term of supervised release and discharge the defendant "at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." *Id.*; *see also United States v. Johnson*, 529 U.S. 53, 60 S. Ct. 1114, 146 L. Ed. 2d 39 (2000).

Watkins states that release from supervision would give him an opportunity to achieve greater success with his career. Watkins has served two years and nine months under supervision without incident. He has exhibited commendable behavior. The motion for modification is unopposed.

THEREFORE, it is hereby ORDERED that Watkins' motion for modification of supervised release (docket entry 20) is GRANTED.

THIS the 4th day of June, 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE